**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

PERCY C. WILSON AND
PHYLLIS C. WILSON                                              PLAINTIFFS

VERSUS                              CIVIL ACTION NO. 5:05cv122-DCB-JMR

AMERIQUEST MORTGAGE COMPANY                                    DEFENDANTS

## FINAL JUDGMENT

This matter comes before the Court on Ameriquest Mortgage Company's Motion for Summary Judgment [**docket entry no. 40**]. The Court granted the defendant's Motion for Summary Judgment in a separate Memorandum Opinion and Order. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this civil action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 8th day of September, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE